CORNELIUS P. GEARON et al., Appellants, *v.* DAVID T. LAYMAN, JR., et al., Respondents.

Submitted May 15, 1939; decided May 23, 1939.

*James F. Donnelly* and *Chester Barrett* for motion.
*John A. Wilson* and *Henry Harfield* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements. If the alleged constitutional question is directly involved an appeal may be taken as of right.

RICHARD ROBEY, by EDWARD I. ROBEY, His Guardian ad Litem, et al., Respondents, *v.* JEWISH HOSPITAL OF BROOKLYN, Appellant.

BURTON SEKULER, by GEORGE SEKULER, His Guardian ad Litem, et al., Respondents, *v.* JEWISH HOSPITAL OF BROOKLYN, Appellant.

Submitted May 15, 1939; decided May 23, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 533.)